```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | MATTHEW G. MORRIS
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2771
```

**FILED**

MAY 03 2012


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: SEALED APPLICATION ) | CR. NO. 2:11-SW-0267 EFB |
| AFFIDAVIT IN THE MATTER OF ) | |
| THE SEARCH LOCATED AT ) | APPLICATION FOR ORDER UNSEALING |
| 4401 MARCONI AVE, SACRAMENTO, ) | THE APPLICATION AND AFFIDAVIT |
| CA 95821; ) | IN SUPPORT OF SEARCH WARRANT; |
| ) | (PROPOSED) ORDER |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Matthew G. Morris, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent;

1. On June 20, 2011, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. On June 20, 2011, federal agents executed the search warrant at the above-captioned address.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain under seal.

| | |
|---|---|
| 1 | THEREFORE, your petitioner prays that the aforesaid application |
| 2 | and affidavit be unsealed and made part of the public record. |
| 3 | DATED: May 1, 2012 |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: _____
MATTHEW G. MORRIS
Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:11-SW-0267 EFB be unsealed and made part of the public record.

Dated: May 3, 2012

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge